**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**
**Baltimore Division**

IN RE:  Zina Sanders　　　　　　　　　　　*　　Case No. 23-14571

　　　　　Debtor　　　　　　　　　　　　　*　　Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF CORRECTED/NEW ADDRESS**

This is to notify the Court that the Debtor's corrected/new address is:

**438 Main Street Rear**
**Reisterstown, MD 21136**

Date: July 18, 2023　　　　　　　　　　　　/s/ Jeffrey M. Sirody
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Sirody, Bar No: 11715
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Sirody & Associates, P.A.
　　　　　　　　　　　　　　　　　　　　　1777 Reisterstown Road - Suite 360
　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21208
　　　　　　　　　　　　　　　　　　　　　(410) 415-0445
　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 18th day of July 2023, a copy of the foregoing Notice of Corrected/New Address was electronically sent to:

Craig Leavers, Trustee
PO Box 306
Cockeysville, MD 21030

U.S. Trustee
101 W. Lombard Street, #2650
Baltimore, MD 21201

　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Sirody
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Sirody, Esquire